IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION

| | |
|---|---|
| **LAMONT TATUM,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) No. 4:09-cv-00744-HEA |
| **LVNV FUNDING, LLC.,** | ) ) ) |
| **Defendant.** | ) |

### NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, LAMONT TATUM, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by all parties.

The dismissal of the above captioned matter is *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal. If this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

> Respectfully submitted,
> **LAMONT TATUM**
>
> By:  s/ Larry P. Smith
>      Attorney for Plaintiff

Dated: June 17, 2009

Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x811)
Facsimile:   (888) 418-1277
E-Mail:     lsmith@smithlaw.us